IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUSAN IRENE POMBO and TONY )<br>POMBO, individually and d/b/a Extreme )<br>Pizza, )<br>)<br>Defendants. )<br>_____ ) | 1:11-CV-1879  AWI GSA<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

Plaintiff has noticed for hearing and decision a motion for summary judgment.  The matter is scheduled for a hearing on September 23, 2013, at 1:30 p.m. in Courtroom No. 2.  Pursuant to the Local Rules, the Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 23, 2013, is VACATED, and the parties shall not appear at that time.  As of September 23, 2013, the Court will take Plaintiff's motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 19, 2013

SENIOR  DISTRICT  JUDGE